368 A.2d 657

COMMONWEALTH of Pennsylvania
v.
David SCOTT, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 11, 1976.

Decided Jan. 28, 1977.

Raymond J. Takiff, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

The record in this case is remanded to the Court of Common Pleas of Philadelphia for the filing of post-verdict motions. Following disposition of these motions by the trial court, either party may seek appellate review.

POMEROY, J., filed a dissenting opinion.

POMEROY, Justice (dissenting).

Mr. Justice Pomeroy is of the opinion that in the circumstances of this case, there is no purpose to be served by requiring the filing of post-trial motions, and therefore dissents from the order of remand.